Sheehan & Associates, P.C.          60 Cuttermill Rd Ste 412
                                    Great Neck NY 11021

Mitchell Domovsky                   T (516) 268-7084
mdomovsky@spencersheehan.com        F (516) 234-7800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/15/25__

December 12, 2025

# MEMO ENDORSED

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re:    1:25-cv-08230-BCM
       Albino v. Beiersdorf, Inc.

Dear Magistrate Judge Moses:

        This office represents Plaintiff Beatriz Albino. In accordance with the Court's Individual Practices, Plaintiff, with consent of Defendant Beiersdorf, Inc. ("Beiersdorf"), respectfully requests the Court adjourn the initial case management conference until the resolution of Beiersdorf's pending motion. The initial conference is currently scheduled for December 18, 2025, at 11:30 AM.

        This action was removed from New York Supreme Court on October 3, 2025. ECF No. 1. On December 9, 2025, Beiersdorf filed a Motion to Dismiss the Complaint. ECF No. 21. The Parties anticipate that the Court's determination of the motion will significantly affect the scope of any remaining claims, the nature of discovery, and the need for further case management. Accordingly, in the interest of judicial economy and to preserve the resources of the Court and the Parties, the Parties respectfully request that the Court adjourn the initial conference until resolution of the pending motion.

        There have been no previous requests to adjourn the initial conference. No prior requests were granted or denied. Beiersdorf consents to the current request. Per the Court's Individual Practices, this request is submitted at least four days prior to the initial conference.

        To the extent the Court prefers to set a new date for the initial conference at this time, the Parties request at least ninety days and provide the following two dates on which they are available: March 11, 2026 and March 18, 2026. Thank you.

Application GRANTED to the extent that the December 18, 2025 conference is ADJOURNED *sine die*. If, after decision on the motion to dismiss, all or part of this case remains in this Court, the parties must submit an updated joint pre-conference statement no later than 10 days after the Court's decision. In the interim, the parties must immediately notify the Court of any developments affecting the pending motion to dismiss (for example, certification of the class in *Watts v. Beiersdorf, Inc.*). SO ORDERED.

Respectfully submitted,

/s/ Mitchell Domovsky

Barbara Moses
United States Magistrate Judge
December 15, 2025

**Certificate of Service**

I certify that on December 12, 2025, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Mitchell Domovsky